Amanda Bruss (SBN 246249)
Bruss Legal PLLC
7550 East 53rd Place #172464
Denver, CO 80217
Tel:  (415) 271-5754
E-mail:  amanda@brusslegal.com

Attorney for Plaintiff Nexon Korea Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Subpoena to Discord, Inc. | MISC. CASE NO. 3:24-mc-80273<br><br>**REQUEST FOR SUBPOENA TO DISCORD, INC. PURSUANT TO 17 U.S.C. § 512(H)** |

Petitioner Nexon Korea Corporation ("Nexon"), a South Korean video game developer and publisher by and through its undersigned counsel, hereby requests that the Clerk of this Court issue a subpoena to Discord, Inc., pursuant to 17 U.S.C. § 512(h).

Section 512(h) of the Digital Millenium Copyright Act ("DMCA") provides that a "copyright owner or a person authorized to act on the copyright owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1).

For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

1. A copy of the DMCA takedown notification required by Section 512(c)(3)(A);

2. A proposed subpoena; and

3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, Petitioner submits concurrently herewith its previously issued DMCA takedown notification, a proposed subpoena, and a sworn declaration of counsel. As Nexon has complied with the requirements of the statute, it asks that the Clerk expeditiously issue a subpoena ordering Discord, Inc. to disclose Nexon information sufficient to identify the infringers, including user IDs, username(s), name(s), last known telephone number(s), any and all email address(es), IP addresses (including, but not limited to, registration IP address and last seen IP address) and billing information.

DATED: November 5, 2024                     Respectfully Submitted,

                                            BRUSS LEGAL PLLC

                                            By: /s/ Amanda L. Bruss
                                            Amanda Bruss (SBN 246249)
                                            Bruss Legal PLLC
                                            7550 East 53rd Place #172464
                                            Denver, CO 80217
                                            Tel: (415) 271-5754
                                            E-mail: amanda@brusslegal.com

                                            Attorney for Plaintiff Nexon Korea Corporation