Amanda Bruss (SBN 246249)
Bruss Legal PLLC
7550 East 53rd Place #172464
Denver, CO 80217
Tel: (415) 271-5754
E-mail: amanda@brusslegal.com

Attorney for Petitioner Nexon Korea Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Subpoena to Discord, Inc. | MISC. CASE NO. 3:24-mc-80273 |
| | **DECLARATION OF AMANDA L. BRUSS IN SUPPORT OF REQUEST FOR SUBPOENA TO DISCORD, INC. PURSUANT TO 17 U.S.C. § 512(H)** |

I, Amanda L. Bruss, declare and testify as follows:

1. I am an attorney at law, duly licensed to practice in the State of California since 2006, State Bar of California No. 246249. I am over the age of majority and under no legal impediment to state the following facts, all of which are true and correct:

2. My law firm and I have been engaged to represent Nexon Korea Corporation ("Nexon"), a South Korean game development company, in connection with this matter. By operation of such engagement and my admission to the State Bar of California, I am authorized and qualified to make this declaration for and on Nexon's behalf, and I make this declaration for that reason.

3. Nexon seeks the issuance of subpoena from this Court pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works. Such dentification

is sought so that Nexon, the rightful copyright holder, can seek legal redress against such infringers. Such personally identifying information will only be used for the purpose of protecting Nexon's rights under the Copyright Act, 17 U.S.C. § 101, et. seq.

4. Under 17 U.S.C. § 512(c)(3)(A), persons authorized to act on Nexon's behalf submitted takedown notices to Discord, Inc. Identifying the infringing by the infringing user(s) and providing the information required by 17 U.S.C. §512(c)(3)(A).  A true and accurate copy of the submitted notification is attached hereto as <u>Exhibit 1.</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED:  November 5, 2024			Respectfully Submitted,

BRUSS LEGAL PLLC

By: <u>/s/ *Amanda L. Bruss*</u>
Amanda Bruss (SBN 246249)
Bruss Legal PLLC
7550 East 53rd Place #172464
Denver, CO 80217
Tel:  (415) 271-5754
E-mail:  amanda@brusslegal.com

Attorney for Petitioner Nexon Korea Corporation

2

# EXHIBIT 1



SUL LEE LAW FIRM, PLLC
3030 Lyndon B Johnson Fwy
Ste 220, Dallas TX 75234
Tel 214-206-4064
Fax 214-206-4068
Website www.sulleelaw.com

May 9, 2024

Discord
**ATTN: DMCA Agent**
444 De Haro Street, Suite 200
San Francisco, California 94107

*Via CMRRR:*
*Via email:* copyright@discord.com

**RE: Digital Millenium Copyright Act (DMCA) Takedown Request**

Dear Discord,

The undersigned firm represents Nexon Korea Corporation ("**Nexon**" or the "**Copyright Owner**"), the developer of MapleStory, a two-dimensional, side-scrolling multiplayer online role-playing game. We hereby provide notice of copyright infringement pursuant to the terms of the Digital Millenium Copyright Act (the "**DMCA**") and Discord's Copyright and IP Policy.

Nexon is the owner of the copyright in the following work(s) (the "**Work**"):

1. MapleStory, https://maplestory.nexon.com/

It has come to the Copyright Owner's attention that your service located at the URLs as listed in Exhibit 1 (the "**Service**") provides access to materials that infringe Copyright Owner's copyright in the Work. Exhibit 1, as attached hereto, provides a list of the infringing material at issue and the URLs at which the infringing material is accessible on the Service.

The use of the Work in any manner described in this letter is **not authorized** by the Copyright Owner, any agent of the Owner, or any applicable law. As the duly authorized attorneys for the Copyright Owner, we have a good faith basis to believe that all information contained in this notification is accurate. This letter shall serve as a request that you remove or disable access to the infringing materials as set forth in Section 512(c)(1)(C) and Section 512(d)(3) of the DMCA and pursuant to your Copyright and IP Policy.

Please contact the undersigned no later than **ten days from the date of this letter** to confirm that the infringing materials have been removed or access disabled. The undersigned may be contacted at the mailing address, telephone number, and email address set forth as follows:

Name: Sul Lee Law Firm, PLLC
Address: 3030 LBJ Fwy Ste. 220, Dallas, Texas 75234
Telephone: (214) 206-4064
Email: jdejesus@sulleelaw.com
CC: sul@sulleelaw.com and kkim@sulleelaw.com

        Sincerely,
        **AGENT FOR NEXON KOREA CORPORATION**
        **Sul Lee Law Firm, PLLC**

        */s/ Jian De Jesus*
        Jian De Jesus
        Associate Attorney

**Exhibit 1**

**1. Infringed Work – MapleStory**

| Server Name | Category | Description |
|---|---|---|
| 나나스토리 | Website (if applicable) | |
| | Discord Server ID | 1131827395104616561 |
| | Infringer UID | 1125676006502584330 |
| | Invite Code | http://discord.gg/cFvMbhfVq4 |
| | Example message link of infringing activity | https://discord.com/channels/1131827395104616561/1131851269758255155/1134363931884920892 |
| 라퓨타 | Website (if applicable) | |
| | Discord Server ID | 1144653296582279278 |
| | Infringer UID | 1144651337448038591 |
| | Invite Code | https://discord.com/invite/ZjDt3WJ8bc |
| | Example message link of infringing activity | https://discord.com/channels/1144653296582279278/1152146049553678347/1152146049553678347 |
| 멜로디 | Website (if applicable) | |
| | Discord Server ID | 1167414439348281354 |
| | Infringer UID | 1167410172554129475 |
| | Invite Code | https://discord.gg/mYTRbpS2mY |
| | Example message link of infringing activity | https://discord.com/channels/1167414439348281354/1172384579986927747/1179067706327191650 |
| 니르바나 | Website (if applicable) | |
| | Discord Server ID | 1109426846015164416 |
| | Infringer UID | 1033704371348852848, 434092344581816330 |
| | Invite Code | https://discord.gg/9tBpPUpMYX |
| | Example message link of infringing activity | https://discord.com/channels/1109426846015164416/1109428605487956069/1159593905973645372 |
| 토이스토리 | Website (if applicable) | |
| | Discord Server ID | 1171080157210103808 |
| | Infringer UID | 1184303439065382922 |
| | Invite Code | https://discord.gg/RGdwnbH28E |
| | Example message link of infringing activity | https://discord.com/channels/1171080157210103808/1171084695879037060/1184770165209038878 |
| 레드문 | Website (if applicable) | |
| | Discord Server ID | 1133391293612044479 |
| | Infringer UID | 1133582126474870836, 709441980161196043, 913299175762980945 |
| | Invite Code | https://discord.gg/vGVJJhZ7hf |
| | Example message link of infringing activity | https://discord.com/channels/1133391293612044479/1133399598434627756/1134377691768950825 |
| 코인 | Website (if applicable) | |
| | Discord Server ID | 1181037526249639936 |
| | Infringer UID | 1181016465651007582, 402773028137861132, |

| | | |
|---|---|---|
| | | 863066127188754493, 926752939090014228 |
| | Invite Code | https://discord.gg/pFw33fw4 |
| | Example message link of infringing activity | https://discord.com/channels/1181037526249639936/1181060778091085894/1186620510432399401 |
| 엘리트 | Website (if applicable) | |
| | Discord Server ID | 1032262304387059754 |
| | Infringer UID | 311386662015860736 |
| | Invite Code | https://discord.com/invite/sWSnfG5PxX |
| | Example message link of infringing activity | https://discord.com/channels/1032262304387059754/1117670153774170203/1138489999008993370 |
| 오리진 | Website (if applicable) | |
| | Discord Server ID | 1128292662034825288 |
| | Infringer UID | 947979138667540511 |
| | Invite Code | https://discord.gg/HHYDzTb3JF |
| | Example message link of infringing activity | https://discord.com/channels/1128292662034825288/1138728294406180875/1138728698900643840 |
| 세리아 | Website (if applicable) | |
| | Discord Server ID | 1191268241058836590 |
| | Infringer UID | 1115994186307620895, 364450192373710859 |
| | Invite Code | https://discord.com/invite/futjGZ2A4z |
| | Example message link of infringing activity | https://discord.com/channels/1191268241058836590/1191268868493160580/1209125975397371994 |
| 메데르 | Website (if applicable) | |
| | Discord Server ID | 1195242607811494008 |
| | Infringer UID | 1021308395833266176 |
| | Invite Code | https://discord.gg/2Rv7n3jZjB |
| | Example message link of infringing activity | https://discord.com/channels/1195242607811494008/1197501328516194304/1207676558429528064 |
| 리플렉스 | Website (if applicable) | https://t.me/reflex_maple |
| | Discord Server ID | 1204381847165997096 |
| | Infringer UID | 854092951911137291, 344509299998982159 |
| | Invite Code | https://discord.com/invite/MzkaNC387h |
| | Example message link of infringing activity | https://discord.com/channels/1204381847165997096/1204398549165408317/1207178255820394537 |
| 랩소디 | Website (if applicable) | |
| | Discord Server ID | 1207671464652967957 |
| | Infringer UID | 1207667864711200860 |
| | Invite Code | https://discord.gg/Fpwz7bAJMb |
| | Example message link of infringing activity | https://discord.com/channels/1207671464652967957/1207688900328300574/1211597377031372800 |
| 블루 | Website (if applicable) | |
| | Discord Server ID | 1178486469892001842 |
| | Infringer UID | 1172863073464360987 |
| | Invite Code | https://discord.gg/tvPweZPCNa |

| | Example message link of infringing activity | https://discord.com/channels/1178486469892001842/1179591718614609930/1206198091192078366 |
|---|---|---|
| 플로라 | Website (if applicable) | |
| | Discord Server ID | 1199669780177752145 |
| | Infringer UID | 1196981501976387594 |
| | Invite Code | https://discord.gg/rbF336mFqs |
| | Example message link of infringing activity | https://discord.com/channels/1199669780177752145/1207624871660625972/1207624871660625972 |
| 하인즈 | Website (if applicable) | |
| | Discord Server ID | 1200017801524559904 |
| | Infringer UID | 833228823582605343, 189003694250000384,1203602252883951696 |
| | Invite Code | https://discord.gg/BCYg7kn5TA |
| | Example message link of infringing activity | https://discord.com/channels/1200017801524559904/1200220053312897085/1214581407955820564 |
| 아오지 | Website (if applicable) | |
| | Discord Server ID | 1216326709217857576 |
| | Infringer UID | 1216326035583270994 |
| | Invite Code | https://discord.com/invite/9hfkm8mQU3 |
| | Example message link of infringing activity | https://discord.com/channels/1216326709217857576/1216352241485877258/1218525789600088164 |
| 히라 | Website (if applicable) | |
| | Discord Server ID | 1217786672465576007 |
| | Infringer UID | 711304489356754954 |
| | Invite Code | https://discord.gg/Bd9YgkbegJ |
| | Example message link of infringing activity | https://discord.com/channels/1217786672465576007/1218154868330463262/1218169566169927741 |

## 2. Wanted Infringer - Infringing Material is a Server itself

| Server Name | Category | Description |
|---|---|---|
| 메이플 루시 | Website (if applicable) | |
| | Discord Server ID | 1172898019482542152 |
| | Infringer UID | 1172880880163885116 |
| | Invite Code | https://discord.com/invite/DSE29HAx6X |
| | Bot | |
| 메이플 올드 | Website (if applicable) | |
| | Discord Server ID | 1051859768676974623 |
| | Infringer UID | 982990103657988146, 1191333391119958069, 544774873126535178 |
| | Invite Code | https://discord.com/invite/TpGh4NMSTm |
| | Bot | 1057664099904933918 |
| 라즐리 | Website (if applicable) | |
| | Discord Server ID | 1232912081112662046 |

|  | Infringer UID | 1752866798390607934 |
|---|---|---|
|  | Invite Code |  |
|  | Bot | 1233584587658104953 |
| 메이플 로얄 | Website (if applicable) |  |
|  | Discord Server ID | 964822228724244530 |
|  | Infringer UID | 871229837380034601 |
|  | Invite Code | https://discord.com/invite/2TzgNx3sGY |
|  | Bot | 1017093401474252881, 966200811464036373 |
| 메모리 | Website (if applicable) |  |
|  | Discord Server ID | 1187057937550688286 |
|  | Infringer UID | 953101791267024956 |
|  | Invite Code | https://discord.com/invite/rWtYRaz3aW |
|  | Bot |  |